# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131227
(17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 131227
                                            COA: 266403
                                            Wayne CC: 00-008455-01

SHAMU DOMINGO MARTIN,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                            _____
                                             Clerk

l0220